# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

December 5, 2019

VIA ECF

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.
> Dated: 12/5/19
> White Plains, NY
>
> Sentencing adjourned to 1/27/20 at 10:00 a.m.

Re: United States v. Santos Alvarado
19 CR 0114 (VB)

Dear Judge Briccetti:

I am writing to respectfully ask that you adjourn Mr. Alvarado's sentencing from December 19, 2019 to January 27, 2020 at 10:00am. I am requesting this adjournment so that I may obtain additional records pertaining to Mr. Alvarado's sentencing and to allow Ms. Brody – who took the plea with Mr. Alvarado – to participate in the sentencing. This is my second time requesting an adjournment of Mr. Alvarado's case, and I do not anticipate asking for another extension.

I have spoken to AUSA James Ligtenberg and he does not object to this request, and Deputy Hilbert informed me that January 27, 2020 at 10:00am was available.

Thank you for your consideration.

Truly,

Benjamin Gold
Assistant Federal Defender

cc: AUSA James A. Ligtenberg (via ECF)