UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA
_____,
Plaintiff(s),

v.

S. Alvarado
_____,
Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 114 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled~~/re-scheduled for:

___ Status conference  ___ Final pretrial conference

___ Telephone conference  ___ Jury selection and trial

___ Pre-motion conference  ___ Bench trial

___ Settlement conference  ___ Suppression hearing

___ Oral argument  ___ Plea hearing

___ Bench ruling on motion  ✓ Sentencing

on 3-19, 20 20, at 10:30 AM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 1-27-20

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 1-22, 20 20
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge