# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> APPLICATION GRANTED
> Sentencing is adjourned to **1/26/2021 at 3:00 p.m.** The Court expects to conduct the sentencing in person at the courthouse. Defendant's sentencing submission is due 1/12/2021. Government's submission due 1/19/2021.
> SO ORDERED:
> _____
> Vincent L. Briccetti, U.S.D.J.     12/2/2020

Re: United States v. Santos Alvarado
19 Cr. 114 (VLB)

Dear Honorable Briccetti:

    I am writing in response to the Court's November 24, 2020 order regarding Mr. Alvarado's upcoming sentencing. I have conferred with AUSA James Ligtenberg and we both agree that, in light of the current pandemic, Mr. Alvarado's sentencing should be postponed. We are both available the week of January 25th, except we both are unavailable in the afternoon on January 27, 2021.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc: AUSA James Ligtenberg

    Santos Alvarado