UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
                                  :   **ORDER**
v.                                :
                                  :   19 CR 114-1 (VB)
                                  :
SANTOS ALVARADO,                  :
              Defendant.          :
--------------------------------------------------------------x

      **Sentencing in this case is scheduled for February 19, 2020, at 11:30 a.m.** Because of the current public health emergency, the Court will conduct sentencing by telephone conference call. Defendant has consented to proceeding in this fashion, and the Court expects to make the required CARES Act findings at the time of sentence.

      All counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

      **Access Code: 1703567**

Dated: January 12, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1