USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

SANTOS ALVARADO,
                            Defendant.
--------------------------------------------------------x

**ORDER**

S1 19 CR 114 (VB)

    At the sentencing hearing on February 19, 2021, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Santos Alvarado, USM #86625-054, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: February 19, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge